[Reset Form]

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### CASE SUMMARY


FILED
CLERK, U.S. DISTRICT COURT
8/16/23
CENTRAL DISTRICT OF CALIFORNIA
BY: ___EB___ DEPUTY

Case Number: 8:23-cr-00114-JWH
Defendant Number: 1
U.S.A. v. HARISH SINGH SIDHU
Year of Birth: 1957
[ ] Indictment   [✓] Information
Investigative agency (FBI, DEA, etc.): FBI

**NOTE:** All items MUST be completed. If you do not know the answer or a question is not applicable to your case, enter "N/A."

## OFFENSE/VENUE

a. Offense charged as a:
[ ] Class A Misdemeanor   [ ] Minor Offense   [ ] Petty Offense
[ ] Class B Misdemeanor   [ ] Class C Misdemeanor   [✓] Felony

b. Date of Offense: On an unknown date after July 21, 2020

c. County in which first offense occurred: Orange

d. The crimes charged are alleged to have been committed in (CHECK **ALL** THAT APPLY):
[ ] Los Angeles   [ ] Ventura
[✓] Orange   [ ] Santa Barbara
[ ] Riverside   [ ] San Luis Obispo
[ ] San Bernardino   [ ] Other

Citation of Offense: 18 U.S.C. § 1519; 18 U.S.C. § 1343; 18 U.S.C. § 1001

e. Division in which the MAJORITY of events, acts, or omissions giving rise to the crime or crimes charged occurred:
[ ] Western (Los Angeles, San Luis Obispo, Santa Barbara, Ventura)
[ ] Eastern (Riverside and San Bernardino)   [✓] Southern (Orange)

## RELATED CASE

Has an indictment or information involving this defendant and the same transaction or series of transactions been previously filed and dismissed before trial?
[✓] No   [ ] Yes
If "Yes," Case Number: _____

Pursuant to General Order 21-01, criminal cases may be related if a previously filed indictment or information and the present case:

   a. arise out of the same conspiracy, common scheme, transaction, series of transactions or events; or

   b. involve one or more defendants in common, and would entail substantial duplication of labor in pretrial, trial or sentencing proceedings if heard by different judges.

Related case(s), if any (**MUST MATCH NOTICE OF RELATED CASE**): _____

## PREVIOUSLY FILED COMPLAINT/CVB CITATION
A complaint/CVB citation was previously filed on: N/A
Case Number: _____
Assigned Judge: _____
Charging: _____
The complaint/CVB citation:
[ ] is still pending
[ ] was dismissed on: _____

## PREVIOUS COUNSEL
Was defendant previously represented?   [ ] No   [✓] Yes
IF YES, provide Name: Paul Meyer & Craig Wilke
Phone Number: P. Meyer (714) 754-6500 / (714) 870-8900

## COMPLEX CASE
Are there 8 or more defendants in the Indictment/Information?
[ ] Yes*   [ ] No
Will more than 12 days be required to present government's evidence in the case-in-chief?
[ ] Yes*   [ ] No

*AN ORIGINAL AND 1 COPY (UNLESS ELECTRONICALLY FILED) OF THE NOTICE OF COMPLEX CASE MUST BE FILED AT THE TIME THE INDICTMENT IS FILED IF EITHER "YES" BOX IS CHECKED.

## SUPERSEDING INDICTMENT/INFORMATION
**IS THIS A NEW DEFENDANT?**   [ ] Yes   [✓] No
This is the N/A superseding charge (i.e., 1st, 2nd).
The superseding case was previously filed on: _____
Case Number: _____
The superseded case:
[ ] is still pending before Judge/Magistrate Judge
[ ] was previously dismissed on _____

Are there 8 or more defendants in the superseding case?
[ ] Yes*   [ ] No
Will more than 12 days be required to present government's evidence in the case-in-chief?
[ ] Yes*   [ ] No
Was a Notice of Complex Case filed on the Indictment or Information?
[ ] Yes   [ ] No

*AN ORIGINAL AND 1 COPY OF THE NOTICE OF COMPLEX CASE MUST BE FILED AT THE TIME THE SUPERSEDING INDICTMENT IS FILED IF EITHER "YES" BOX IS CHECKED.

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CASE SUMMARY

**INTERPRETER**

Is an interpreter required? ☐ YES ☒ NO

IF YES, list language and/or dialect: _____

**OTHER**

☒ Male ☐ Female
☒ U.S. Citizen ☐ Alien

Alias Name(s): Harry Sidhu

This defendant is charged in:
☒ All counts
☐ Only counts: _____

☐ This defendant is designated as "High Risk" per 18 USC § 3146(a)(2) by the U.S. Attorney.

☐ This defendant is designated as "Special Case" per 18 USC § 3166(b)(7).

Is defendant a juvenile? ☐ Yes ☒ No
IF YES, should matter be sealed? ☐ Yes ☐ No

The area(s) of substantive law that will be involved in this case include(s):
☐ financial institution fraud
☐ government fraud
☐ environmental issues
☐ narcotics offenses
☐ violent crimes/firearms
☒ public corruption
☐ tax offenses
☒ mail/wire fraud
☐ immigration offenses
☐ corporate fraud
☒ Other: false statements

**CUSTODY STATUS**

Defendant is **not in custody**:
a. Date and time of arrest on complaint: _____
b. Posted bond at complaint level on: _____
   in the amount of $ _____
c. PSA supervision? ☐ Yes ☐ No
d. Is on bail or release from another district: _____

Defendant is **in custody**:
a. Place of incarceration: ☐ State ☐ Federal
b. Name of Institution: N/A
c. If Federal, U.S. Marshals Service Registration Number: _____
d. ☐ Solely on this charge. Date and time of arrest: _____
e. On another conviction: ☐ Yes ☐ No
   IF YES: ☐ State ☐ Federal ☐ Writ of Issue
f. Awaiting trial on other charges: ☐ Yes ☐ No
   IF YES: ☐ State ☐ Federal AND
   Name of Court: _____
   Date transferred to federal custody: _____

This person/proceeding is transferred from another district pursuant to F.R.Cr.P. __20__ __21__ __40__

**EXCLUDABLE TIME**

Determinations as to excludable time prior to filing indictment/information. EXPLAIN: _____

Date: 08/16/2023

/s/
Signature of Assistant U.S. Attorney
Charles E. Pell
Print Name