**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

FILED
CLERK, U.S. DISTRICT COURT
SEP - 5 2023
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br>V.<br>PLAINTIFF<br><br>HARRY SIDHU,<br>DEFENDANT | CASE NUMBER:<br>8:23-cr-00114-JWH<br><br>**WAIVER OF INDICTMENT** | |

I, ___Harry Sidhu___, the above-named defendant, who is accused of ___obstruction of justice, wire fraud, and false statements___, in violation of ___sections 1519, 1343, and 1001___, being advised of the nature of the charge, the proposed information, and of my rights, hereby waive in open court on ___9/5/23___, prosecution by indictment and consent that the proceedings may be by information rather than by indictment.

___9-5-23___
Date

___9-5-23___
Date

___9/5/23___
Date

_____
Defendant

_____
Counsel for Defendant

Before: _____
Judicial Officer

**AUTUMN D. SPAETH**

If the defendant does not speak English, complete the following:

I, _____, am fluent in written and spoken English and _____ languages. I accurately translated this Waiver of Indictment from English to _____ for defendant _____ on this date.

_____
Date

_____
Interpreter

CR-57 (06/14)                                    **WAIVER OF INDICTMENT**