1
2
3
4
5
6
7
8                     UNITED STATES DISTRICT COURT
9                FOR THE CENTRAL DISTRICT OF CALIFORNIA
10
11  | UNITED STATES OF AMERICA, | No. 8:23-cr-00114-JWH |
12  |         Plaintiff,        | <u>ORDER CONTINUING SENTENCING HEARING DATE</u> |
13  |             v.            | |
14  | HARISH SINGH SIDHU,       | |
15  |         Defendant.        | |

Based upon the parties' stipulation and good cause, it is hereby **ORDERED** that the sentencing hearing in this case is **CONTINUED** from June 14, 2024, to December 13, 2024, at 2:00 p.m.

**IT IS SO ORDERED.**

March 20, 2024
DATE

HONORABLE JOHN W. HOLCOMB
UNITED STATES DISTRICT JUDGE