JOSEPH T. MCNALLY
United States Attorney,
Acting Under Authority Conferred
by 28 U.S.C. § 515
MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division
CHARLES E. PELL (Cal. Bar No. 210309)
MELISSA S. RABBANI (Cal. Bar No. 283993)
Assistant United States Attorneys
Santa Ana Branch Office
    United States Courthouse
    411 West Fourth Street, Suite 8000
    Santa Ana, California  92701
    Telephone:  (714) 338-3500
    Facsimile:  (714) 338-3561
    E-mail:    charles.e.pell2@usdoj.gov
              Melissa.rabbani@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| UNITED STATES OF AMERICA, | No. 8:23-cr-00114-JWH |
|---|---|
| Plaintiff, | [PROPOSED] ORDER CONTINUING SENTENCING HEARING DATE |
| v. | |
| HARISH SINGH SIDHU, | |
| Defendant. | |

    Based upon the parties' stipulation and good cause, the sentencing hearing in this case is continued from December 13, 2024, to March 28, 2025, at 2:00 p.m.

    IT IS SO ORDERED.

_____    _____
DATE                                    HONORABLE JOHN W. HOLCOMB
                                         UNITED STATES DISTRICT JUDGE